AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:01-cr-134-SEB-TAB-1 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| KITRUS BINION | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ GRANTED. The defendant's previously imposed sentence of imprisonment of 210 months is reduced to time served as of **Monday, October 5, 2020.** His three-year term of supervised release remains unchanged.

☒ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where the defendant will be released because it was not included in the motion for sentence reduction.

☒ The defendant's previously imposed conditions of supervised release as set forth in the judgment of March 14, 2020, are unchanged except as follows: Mr. Binion is also ORDERED to: (1) comply with any period of quarantine directed by medical staff and/or any state or local health authority; and (2) make contact with the U.S. Probation Office in the Southern District of Indiana within 72 hours of his release from the Bureau of Prisons ("BOP").

☒ OTHER. The Bureau of Prisons is ordered to release the defendant by 4:00 p.m. on Monday, October 5, 2020. The defendant's USM Number is 03414-028.

IT IS SO ORDERED.

Dated:   10/2/2020

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF